SYRACUSE SAVINGS BANK, Respondent, v. YORKSHIRE INSURANCE COMPANY, LTD., Appellant, et al., Defendants.— Motion for leave to appeal to the Court

of Appeals denied. [See *ante*, p. 818.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.